Objection Prepared and Submitted by the following UNREPRESENTED DEBTOR

Name: Cesar Rosas Morales
      Ana Rosa Diaz
Address: 5291 West Mountain Men Dr.
         Salt Lake City, UT 84118

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2016 SEP -9 AM 9: 37

DISTRICT OF UTAH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| In re: | |
|---|---|
| Cesar Rosas Morales and<br>Ana Rosa Diaz<br>Debtors. | Bankruptcy Number: 16-26481 KRA<br><br>Hon. Kevin R. Anderson<br><br>Chapter: 7 |

### OBJECTION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

On August 24th, 2016 Santander Consumer USA Inc. ("Creditor") filed a Motion for Relief from the Automatic Stay with the United States Bankruptcy Court for the District of Utah. The Debtors objects to Santander's Motion for the following reasons:

1. We have decided to surrender the vehicle; even though out initial intention was to reaffirm that debt. Therefore, there is no need for the Movant's relief from the Automatic Stay.

The Debtors hereby move the Court for an Order to sustain an objection to the Motion of Santander Consumer USA Inc. for Termination of the Automatic Stay due to the above-mentioned reason.

Dated this 08 day of September, 2016.

_____          _____
Cesar Rosas Morales, Pro Se              Ana Rosa Diaz, Pro Se

CERTIFICATE OF MAILING /DELIVERY

I hereby certify that a true and correct copy of the foregoing OBJECTION was mailed or delivered, on this __08__ day of __September__, 2016, to Mary M. Hunt, at 136 S. Main Street Suite 1000, Salt Lake City, UT 84101

_____
Signature

CERTIFICATE OF MAILING /DELIVERY

I hereby certify that a true and correct copy of the foregoing OBJECTION was mailed or delivered, on this __08__ day of __September__, 2016, to P. Matthew Cox at SNOW, CHRISTENSEN & MARTINEAU at 10 Exchange Place, Eleventh Floor, Salt Lake City, UT 84145

_____
Signature