This order is SIGNED.

Dated: 9/19/16

_Kevin R. Anderson_
Kevin R. Anderson
U.S. Bankruptcy Judge

RECEIVED
SEP 19 2016
US BANKRUPTCY COURT
DISTRICT OF UTAH

KIM R. WILSON (3512)
P. MATTHEW COX (9879)
SNOW, CHRISTENSEN & MARTINEAU
Attorneys for Santander Consumer USA Inc.
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145
Telephone: (801) 521-9000

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | Bankruptcy No. 16-26481 |
| | (Chapter 7) |
| CESAR R. MORALES AND ANA R. DIAZ, | |
| | ORDER GRANTING RELIEF FROM THE |
| Debtors. | AUTOMATIC STAY |

Santander Consumer USA, Inc.'s Motion for Relief from the Automatic Stay came on regularly for consideration, pursuant to notice, before the above-entitled Court, the Honorable Kevin R. Anderson presiding, on September 19, 2016 at 10:30 a.m. and P. Matthew Cox appearing on behalf of Santander Consumer USA, Inc. and Debtors appearing pro se, and the Court being fully advised in the premises, and good cause appearing therefore, it is hereby



Entered On Docket: 09/19/2016

ORDERED, ADJUDGED AND DECREED as follows:

1. Notice has been properly given.

2. The automatic stay pursuant to 11 U.S.C. § 362 be, and the same hereby is, lifted, and Santander Consumer USA, Inc. is hereby authorized to exercise its contractual, state and common law remedies relating to the One 2013 Nissan Versa, Vehicle Identification No. 3N1CN7AP6DL822414, and to give all notices and take such action as is necessary to perfect its rights to file or amend its claim to assert any deficiency remaining upon sale of the Vehicle.

* * * END OF DOCUMENT * * *

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing ORDER GRANTING RELIEF FROM THE AUTOMATIC STAYS PURSUANT TO §362 AND §1301 shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

>Kim R. Wilson
>Snow, Christensen & Martineau
>P. O. Box 45000
>Salt Lake City, UT 84111
>
>Jody L. Howe
>Utah Bankruptcy Professionals
>9227 South 1300 East
>Sandy, UT 84094
>
>Kevin R. Anderson
>Chapter 13 Trustee
>405 S. Main Street, Suite 600
>Salt Lake City, UT 84111

**By U.S. Mail** – In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

>Cesar R. Morales
>5291 W. Mountain Men Dr.
>Salt Lake City, UT 84118
>
>Ana R. Diaz
>5291 W. Mountain Men Dr.
>Salt Lake City, UT 84118

_____
Clerk

United States Bankruptcy Court
District of Utah

In re:  
Cesar Rosas Morales  
Ana Rosa Diaz  
     Debtors

Case No. 16-26481-KRA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 1088-2      User: mmb      Page 1 of 1      Date Rcvd: Sep 19, 2016  
                       Form ID: pdfor1    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2016.  
db/jdb       +Cesar Rosas Morales,   Ana Rosa Diaz,   5291 West Mountain Men Drive,    Salt Lake City, UT 84118-6926

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2016                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2016 at the address(es) listed below:  
        Mary M. Hunt tr    hunttrustee@dorsey.com,    hunt.peggy@dorsey.com;UT18@ecfcbis.com  
        P. Matthew x2Cox    on behalf of Creditor    Santander Consumer USA Inc. bankruptcy_pmc@scmlaw.com  
        United States Trustee    USTPRegion19.SK.ECF@usdoj.gov  
                                TOTAL: 3